**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

April 4, 2019

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

VIA CM/ECF

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *United States v. Anilesh Ahuja, et al.*
              <u>18 Cr. 328 (KPF)</u>

Dear Judge Failla:

      We write on behalf of Defendant Jeremy Shor to respectfully request permission to file under seal exhibits to a letter motion submitted to the Court today and to redact in the publicly-filed version of the letter those portions that quote from or reference those documents. We seek this relief in accordance with Paragraph 4 of the Protective Order in the above-captioned matter and pursuant to Rule 6(A) of Your Honor's Individual Rules of Practice. Paragraph 4 of the Protective Order provides that a filing containing confidential information shall "be made with all Confidential Information redacted and a complete version filed with the Court under seal."  (Dkt. No. 34 ¶ 4.)  Mr. Shor's motion cites and attaches letters provided to Defendants by the Government and designated as confidential.

                                                Respectfully submitted,

                                                Daniel S. Ruzumna