MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2019

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                 18 Cr. 328 (KPF)

Dear Judge Failla:

      The Government respectfully writes to request that the deadline for all parties to submit their proposed Requests to Charge and Voir Dire in connection with trial in the above-captioned case be extended from April 22, 2019 to April 29, 2019. The Government has conferred with the defendants and the defendants do not object to this request.

      Respectfully submitted,

      AUDREY STRAUSS
      Attorney for the United States,
      Acting Under Authority Conferred by
      28 U.S.C. § 515

By:  /s/
     Andrea M. Griswold
     Joshua A. Naftalis
     Max Nicholas
     Assistant United States Attorneys
     (212) 637-1205/2310/1565

cc:    Defense counsel

Application GRANTED.

SO ORDERED.

Dated: April 19, 2019
      New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE