**MEMO ENDORSED**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3311

WRITER'S DIRECT FACSIMILE
(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

April 29, 2019

**By Email**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *United States* v. *Anilesh Ahuja, et al.*
             18 Cr. 328 (KPF)

Dear Judge Failla:

      In accordance with Your Honor's order dated April 9, 2019, we respectfully request permission to submit a short reply (three pages or less) to the government's April 26 opposition of Mr. Ahuja's request for the Court's assistance in the resolution of certain discovery disputes. If permitted to do so, we would submit that reply by 5:00 p.m. tomorrow (April 30, 2019).

      Respectfully submitted,

      Roberto Finzi
      Richard C. Tarlowe

cc:      Counsel of Record

Application DENIED.

Dated: April 29, 2019
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE