**MEMO ENDORSED**

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

May 20, 2019

Daniel Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

**By E-Mail**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *United States v. Anilesh Ahuja, et al.*
**18 Cr. 328 (KPF)**

Dear Judge Failla:

We write on behalf of Defendant Jeremy Shor to respectfully request permission to file under seal or in redacted form exhibits to our forthcoming opposition to the Government's motions *in limine* and to redact in the publicly-filed version of the brief those portions that quote from or reference those documents. We seek this relief in accordance with Paragraph 4 of the Protective Order in the above-captioned matter. Paragraph 4 of the Protective Order provides that a filing containing confidential information shall "be made with all Confidential Information redacted and a complete version filed with the Court under seal." (Dkt. No. 34 ¶ 4.) Mr. Shor's forthcoming motion will cite and attach documents produced by the Government—including Jencks Act material—designated as confidential.

Respectfully submitted,

Daniel S. Ruzumna

cc: Counsel of Record

```
Application GRANTED.                         SO ORDERED.


Dated:  May 20, 2019
        New York, New York

                                             HON. KATHERINE POLK FAILLA
                                             UNITED STATES DISTRICT JUDGE
```