UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                    v.                                :    18 Cr. 328 (KPF)
                                                      :
ANILESH AHUJA and JEREMY SHOR,                        :
                                                      :
                              Defendants.             :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

*PLEASE CHECK (√) YOUR ANSWER*
*All jurors must agree on the answer.*

### Count One: Conspiracy to Commit Securities Fraud

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty      √ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty      √ Guilty

### Count Two: Conspiracy to Commit Wire Fraud

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty      √ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty      √ Guilty

2

**Count Three: Securities Fraud**

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty         ✓ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty         ✓ Guilty


**Count Four: Wire Fraud**

How do you find the Defendant, Anilesh Ahuja?

\_\_\_\_ Not Guilty         ✓ Guilty

How do you find the Defendant, Jeremy Shor?

\_\_\_\_ Not Guilty         ✓ Guilty


*Please proceed to the last page of this verdict form.*

3

You are finished.  Each juror who agrees with this verdict must sign below:

_____  _____
**Foreperson**

_____  _____

_____  _____
M L Hayen

_____  _____

_____  _____
Tanya A Thomas

Dated: July 11, 2019