

**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2019

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Anilesh Ahuja and Jeremy Shor,*
            S1 18 Cr. 328 (KPF)

Dear Judge Failla:

    The Government respectfully writes in connection with the above-captioned case to request that the Court direct the Probation Department to prepare Pre-Sentence Investigation Reports for defendants Anilesh Ahuja and Jeremy Shor, and that a sentencing date for each defendant be scheduled for in or about November 2019, subject to the availability of the Court. The Government proposes to send the Probation Department an offense summary within two weeks. The Government also requests that a deadline of August 16, 2019 be set for any post-trial motions by either defendant, and that a deadline of September 16, 2019 be set for the Government to respond to any such motions.

    The parties have conferred on scheduling and all consent to these proposed dates. Defense counsel have indicated that they would prefer dates in mid- to late-November for sentencing, to which the Government has no objection.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  Attorney for the United States
                                  Acting Under Authority Conferred by
                                  28 U.S.C. § 515

      /s/_____
      Andrea M. Griswold
      Joshua A. Naftalis
      Max Nicholas
      Assistant United States Attorneys
      (212) 637-1205/2247/1565

Application GRANTED.  The Court adopts the parties' proposed briefing schedule.

The sentencing for Mr. Shor is hereby scheduled for **November 18, 2019, at 3:00 p.m.**  The sentencing for Mr. Ahuja is schedule for **November 25, 2019, at 3:00 p.m.**  Because of the Court's trial calendar, it cannot schedule these sentences on the same day or successive days.

Dated: July 19, 2019        SO ORDERED.
      New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE