# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

August 6, 2019

Jeffrey Hughes
Associate
(212) 336-2292
jhughes@pbwt.com

By ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> Re:  *United States v. Anilesh Ahuja, et al.,*
> **18 Cr. 328 (KPF)**

Dear Judge Failla:

We write on behalf of Jeremy Shor to respectfully request a modification of his bail conditions to accommodate an upcoming family trip.  Mr. Shor's current bail conditions limit his travel to the Southern and Eastern Districts of New York and the District of Connecticut.  We respectfully request a modification of those bail conditions to permit Mr. Shor to travel to the Northern and Southern Districts of Iowa and the District of Nebraska to attend a family gathering from August 14 through August 18, 2019.

We have been advised by the Government and by Pretrial Services that they have no objection to this request.

Respectfully submitted,

Jeffrey Hughes

cc:    All counsel of record
       Lea Harmon, U.S. Pretrial Services Officer (by e-mail)