

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

February 6, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Shor, 18 Cr. 328 (KPF)**
**Request for Enlargement of Travel Restrictions for Surrender**

Dear Judge Failla:

    We write to request a temporary enlargement of the travel restrictions imposed upon Jeremy Shor in order that he can voluntarily surrender to the Bureau of Prisons facility to which he has been designated. As part of the conditions of his release, Mr. Shor's travel has been restricted to the Southern and Eastern Districts of New York and the District of Connecticut. Mr. Shor has been informed by his Pretrial Services Officer that he has been designated to serve his sentence at Lewisburg Federal Prison Camp in Lewisburg, Pennsylvania. In order to surrender to Lewisburg on March 27, 2020, Mr. Shor will need to travel through and to the District of New Jersey and the Eastern and Middle Districts of Pennsylvania. We respectfully request that his travel restrictions be expanded to include the District of New Jersey and the Eastern and Middle Districts of Pennsylvania during the period March 26-27, 2020. The prosecution has no objection to this requested modification.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

Application GRANTED.

SO ORDERED.

Dated: February 6, 2020
      New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

weddlelaw.com | 250 West 55th Street, 30th Floor, New York, NY 10019 | 212-574-6353