UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEREMY SHOR,

Defendant.

18 Cr. 328 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a sealed letter from counsel for Shor requesting a 60-day adjournment of his surrender date due to the COVID-19 pandemic. The Government has indicated to the Court that it consents to a 60-day adjournment. For the reasons largely stated in Shor's letter, his application to adjourn his surrender date is GRANTED. Shor's surrender date is hereby ADJOURNED 60 days, to **May 26, 2020**.

SO ORDERED.

Dated: March 20, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge