

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2020

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                  S1 18 Cr. 328 (KPF)

Dear Judge Failla:

      The Government writes regarding restitution in this matter.  Enclosed please find letters from counsel to Crestline and Gapstow withdrawing their respective restitution claims.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Attorney for the United States
                                      Acting Under Authority Conferred by
                                      28 U.S.C. § 515

                                          /s/
                                      Joshua A. Naftalis
                                      Andrea M. Griswold
                                      Max Nicholas
                                      Assistant United States Attorneys
                                      (212) 637-2310/1205/1565

Enclosures

cc:     Counsel of record