

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

May 11, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)
       Shor Surrender Date

Dear Judge Failla:

With apologies for burdening the Court, we write to correct an error in our sealed application of May 8, 2020, which the Court granted in a sealed endorsement on that letter. In our sealed application, we requested a 45-day adjournment of Mr. Shor's May 26, 2020 surrender date. However, we set forth an incorrect new surrender date. The correct surrender date is July 10, 2020, which is 45 days from May 26, 2020. We further request that this letter be "so ordered" and the endorsement publicly filed so that the public docket reflects the new surrender date.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

```
Application GRANTED.

Dated:  May 12, 2020          SO ORDERED.
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE