



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2020

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                 S1 18 Cr. 328 (KPF)

Dear Judge Failla:

      The Government writes regarding restitution in this matter.  Enclosed please find a letter from Cayville, Inc. withdrawing its restitution claim.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          Attorney for the United States
                          Acting Under Authority Conferred by
                          28 U.S.C. § 515

                            /s/
                          Andrea M. Griswold
                          Joshua A. Naftalis
                          Max Nicholas
                          Assistant United States Attorneys
                          (212) 637-1205/2310/1565

Enclosure

cc:    Counsel of record