

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

June 25, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   ***United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)**
      **Shor Surrender Date**

Dear Judge Failla:

   We write to request that Jeremy Shor's surrender date be adjourned for sixty days to September 8, 2020. I have communicated with the government regarding this request, and AUSA Nicholas has confirmed that the government consents to the requested adjournment.

                              Very truly yours,

                              *Justin S. Weddle*

                              Justin S. Weddle