



Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

June 25, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)
    Shor Surrender Date

Dear Judge Failla:

    We write to request that Jeremy Shor's surrender date be adjourned for sixty days to September 8, 2020. I have communicated with the government regarding this request, and AUSA Nicholas has confirmed that the government consents to the requested adjournment.

Very truly yours,

*Justin S. Weddle*

Justin S. Weddle

```
Application GRANTED.  Given the representations made in Shor's prior
letters requesting adjournment (see Dkt. #352, 358), and the status
of coronavirus in federal correctional institutions, the Court
agrees that the adjournment is appropriate.

                               SO ORDERED.

Dated:  June 25, 2020
        New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE
```