

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2020

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Anilesh Ahuja, et al.
                S1 18 Cr. 328 (KPF)

Dear Judge Failla:

      The Government writes regarding restitution in this matter.  Enclosed please find a letter from Vaisya Limited withdrawing its restitution claim.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      Acting United States Attorney

                        /s/
                      Andrea M. Griswold
                      Joshua A. Naftalis
                      Max Nicholas
                      Assistant United States Attorneys
                      (212) 637-1205/2310/1565

Enclosure

cc:    Counsel of record