UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ANILESH AHUJA and JEREMY SHOR,

Defendants.

---

18 Cr. 328 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 19, 2020, Defendants Ahuja and Shor submitted a letter to the Court requesting an order requiring disclosure and a hearing on new evidence that counsel for Ahuja obtained by means of a FOIA request that reveals additional *Brady/Giglio* material relating to cooperator Majidi's plea allocution. (Dkt. #366). The parties have subsequently submitted several letters to the Court and the Government has made several productions to Defendants Ahuja and Shor. (*See* Dkt. #368, 371, 385, 389, 390). Accordingly, the parties are hereby ORDERED to appear for a videoconference on **July 24, 2020, at 2:00 p.m.**

The conference will proceed via videoconference, with audio access as follows: Dial-in: (929) 205-6099; Meeting ID: 833 4310 6844; and Passcode: 827289. The Court will provide instructions for accessing the conference for video participants separately.

SO ORDERED.

Dated:   July 20, 2020
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge