


Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

August 5, 2020

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ahuja and Shor*, 18 Cr. 328 (KPF)
      **Shor Surrender Date**

Dear Judge Failla:

We hereby move to stay Mr. Shor's surrender date until the later of January 4, 2021 or 90 days after this Court's ruling on any motion that Shor makes at the conclusion of the fact-finding process discussed at the July 24, 2020 conference. The government's consent to this stay was conditioned on Mr. Shor agreeing to forego making any motion for bail pending appeal until this Court resolves the above-mentioned motion practice as it pertains to Shor. We have agreed to this condition.

We also note that the Second Circuit today granted the defense's consent motion to hold the appeal in abeyance pending further proceedings in the District Court. I have attached hereto the Second Circuit's Order.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

```
Application GRANTED.


Dated: August 5, 2020
       New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE