

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com



April 11, 2021

**By ECF and Email**

Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. Jeremy Shor, 18 Cr. 328 (KPF)**

Dear Judge Failla:

    I write on behalf of Jeremy Shor to request permission for him to travel to Florida via Newark, New Jersey for the period April 14-18, 2021. Both the government and Pretrial Services have no objection to this proposed travel. Absent permitted exceptions, Mr. Shor's conditions of release restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. Mr. Shor will provide his detailed itinerary to his supervising Pretrial Services Officer.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

Application GRANTED.

Dated:   April 12, 2021
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

weddlelaw.com  |  250 West 55th Street, 30th Floor, New York, NY 10019  |  212-574-6353