UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANILESH AHUJA and JEREMY SHOR,<br><br>Defendants. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record during the conference held on today's date, the Court resolves certain post-conviction motions filed by Defendants Anilesh Ahuja and Jeremy Shor as follows:

The Court denies that portion of Defendants' Motion to Dismiss the Indictment or for a New Trial that sought to dismiss the Indictment. (Dkt. #446). With respect to that portion of the motion seeking a new trial, the Court states, pursuant to Federal Rule of Criminal Procedure 37, that it would grant the motion for a new trial if the United States Court of Appeals for the Second Circuit were to remand the case back to this Court for that purpose. *See* Fed. R. Crim. P. 37. The Court directs Defendants to promptly notify the Clerk of Court for the Second Circuit of this Order. *See* Fed. R. App. P. 12.1.

Defendant Shor's motion for monetary sanctions, made to preserve the issue for appellate review, is denied. (Dkt. #448). Defendant Ahuja's motion for compassionate release is denied as moot. (*See* Dkt. #378).

In addition to the pending motions resolved by this Order, the Court's review of the docket of this case discloses several motions that are listed as pending despite having been resolved. Accordingly, the Court directs the Clerk

of Court to terminate the motions at docket entries 51, 153, 157, 207, 321, 324, 366, 402, 445, 446, 448.

Additionally, the Court directs the Clerk of Court for this District to transmit a copy of this Order and, once prepared, the transcript of today's conference to the Clerk of Court for the Second Circuit.

SO ORDERED.

Dated:  December 17, 2021
        New York, New York

KATHERINE POLK FAILLA
United States District Judge