

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States v. Anilesh Ahuja & Jeremy Shor*
             18 Cr. 328 (KPF)

Dear Judge Failla:

     The parties write jointly in response to the Court's order that the parties submit a joint letter by January 14, 2022 (Dkt. 460). The parties have spent substantial time conferring and continue to confer. We respectfully and jointly request an adjournment, until January 31, 2022, to submit a joint letter proposing next steps.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                     By:   /s/
                           Andrea M. Griswold
                           Assistant United States Attorney
                           (212) 637-1205

cc: Counsel of record (by e-mail)