UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 328 (KPF) |
| ANILESH AHUJA and JEREMY SHOR, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a joint plea and sentencing hearing on **April 22, 2022, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: April 11, 2022
New York, New York

*[Signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge