UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JEREMY SHOR,<br><br>Defendant. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Pretrial Services Office for the Southern District of New York is hereby directed to return Defendant Jeremy Shor's passport to his counsel.

SO ORDERED.

Dated:  April 22, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge